In the Matter of the Application of HERSCHEL L. MAIN for Admission to Practice as an Attorney and Counselor at law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of MAX SHERMAN for Admission to Practice as an Attorney and Counselor at Law. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

### (February 24, 1941.)

SALVATORE CONIGLIARO, Respondent, v. GRANVILLE M. MILLS, Defendant, and BROOKLYN BUS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

EDELBRAU BREWERY, INC., Respondent, v. FREDERICK W. DRYBROUGH, as Trustee under Creditors' Agreement Made with HITTLEMAN GOLDENROD BREWERY, INC., Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

JUANITA GELLY, Respondent, v. JOHN J. CUNNINGHAM, ANNA KALAMON, Defendants; EMIL SONDERLICK and WILLIAM GRAHAM, Appellants.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs, Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.